# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD B. LAY

NO. 2024 KW 0758

OCTOBER 18, 2024

---

In Re:  Richard B. Lay, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR5-112033.

---

**BEFORE:  GUIDRY, C.J., WELCH AND STROMBERG, JJ.**

   **WRIT DENIED.**

                              JEW
                              TPS

   **Guidry, C.J.,** concurs and would deny on the showing made. Relator failed to include a copy of the writ of habeas corpus, the district court's ruling on the motion, and any other portions of the district court record that might support the claims raised in the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT